USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    -v.-                        :        INDICTMENT

CORNELL CARR,                   :
                                       07 Cr.
     Defendant.

- - - - - - - - - - - - - - - - x

**07 CRIM 769**

JUDGE KOELTL

COUNT ONE

The Grand Jury charges:

1.  On or about August 9, 2007, in the Southern District of New York and elsewhere, CORNELL CARR, the defendant, unlawfully, intentionally, and knowingly, did possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of marijuana.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(D).)

COUNT TWO

The Grand Jury further charges:

2.  On or about August 9, 2007, in the Southern District of New York and elsewhere, CORNELL CARR, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry firearms, and in furtherance of such crime, possessed firearms, to wit, CARR used, carried, and possessed one loaded .40 caliber Glock semi-automatic handgun

and one .45 caliber Colt semi-automatic handgun.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

COUNT THREE

The Grand Jury further charges:

3. On or about August 9, 2007, in the Southern District of New York and elsewhere, CORNELL CARR, the defendant, unlawfully, willfully, and knowingly, being an alien illegally and unlawfully in the United States, did possess in and affecting commerce, firearms, to wit, one loaded .40 caliber Glock semi-automatic handgun and one .45 caliber Colt semi-automatic handgun, both of which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(5).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CORNELL CARR,

Defendant.

---

INDICTMENT

07 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(D); 18 U.S.C. §
924(c)(1)(A)(i);
18 U.S.C. § 922(g)(5).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

8/17/07 TLC. Post 11/1/87 Indictment filed.
Assigned to Judge Koetl.

Peck, MJ.