```
USDC SDNY
DOCUMENT
ELECTR[ONICALL]Y FILED
DOC #: _____
DATE FILED: 8/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

CORNELL CARR,

               Defendant.

07 Cr. 769 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **August 24, 2007 at 2:30 p.m.**

Because an adjournment is needed to allow for the Government to prepare discovery and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **August 21, 2007,** until **August 24, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           August 21, 2007

                                      John G. Koeltl
                                    United States District Judge