USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        - against -

CORNELL CARR,

              Defendant.

07 Cr. 769 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on October 5, 2007 at 11:30 a.m.

Because an adjournment is needed to allow time for the Government to produce discovery and for the defense to review it, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, August 24, 2007, until October 5, 2007 from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           August 24, 2007

                              John G. Koeltl
                          United States District Judge