UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

- against -

CORNELL CARR,

                Defendant.

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

At the conference on October 5, 2007, the Court excluded prospectively the time between **October 5, 2007** and **November 16, 2007** from Speedy Trial Act calculations, and now confirms that exclusion. At the conference on November 16, 2007, the Court excluded prospectively the time between **November 16, 2007** and **February 11, 2008** from Speedy Trial Act calculations, and now confirms that exclusion. The continuances from October 5, 2007 to February 11, 2008 are designed to assure the effective assistance of counsel. The Court finds that the ends of justice served by granting the continuances outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

The defendants are directed to file any motions by **December 7, 2007**. Any responses should be filed by **December 21, 2007**, and replies should be filed by **January 3, 2008**. The parties are directed to appear for a hearing on **January 18, 2008** at **2:30**

p.m. Requests to charge and proposed voir dire requests should be submitted by **January 28, 2008**. Any objections should be filed by **January 30, 2008**. The final pre-trial conference will be held on **February 7, 2008** at **4:30 p.m.** Trial is scheduled to begin on **February 11, 2008** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
          December 3, 2007

                                                    John G. Koeltl
                                          United States District Judge