```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,          :     NOTICE OF MOTION

        v.                         :     07 Cr. 769 (JGK)

Cornell Carr    ,                  :

                Defendant.         :
-----------------------------------X
```

    **PLEASE TAKE NOTICE**, that upon the annexed declarations of **Cornell Carr** and **Jennifer L. Brown, Esq.**, and the exhibits appended thereto, the undersigned will move this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order suppressing post-arrest statements obtained on or about August 9, 2007 or in the alternative, granting a hearing on this matter, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, and granting such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         December 6, 2007

                                            Respectfully submitted,
                                            **LEONARD F. JOY, ESQ.**
                                            Federal Defenders of New York

                       By: _____
                                            **Jennifer L. Brown, ESQ.**
                                            Attorney for Defendant
                                                **Cornell Carr**
                                            52 Duane Street, 10th Floor
                                            New York, New York 10007
                                            Tel.:  (212) 417-8722

```
TO:   MICHAEL J. GARCIA, ESQ.
      United States Attorney
      Southern District of New York
      One St. Andrew's Plaza
      New York, New York 10007
      Attn: **Steve Kwok, ESQ.**
            Assistant United States Attorney
```