UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X

UNITED STATES OF AMERICA            :        **AFFIRMATION**

         -  v  -                    :        **07 Cr. 769 (JGK)**

**Cornell Carr,**                   :

                  Defendant.        :

--------------------------------X


    **JENNIFER L. BROWN, Esq.,** hereby affirms under penalties of

perjury pursuant to 28 U.S.C. §1746:

    1.   I am a staff attorney with the Federal Defenders of New

York  and trial counsel to the defendant Cornell Carr.  I make

this affirmation in support of Mr. Carr's motion to suppress

post-arrests statements elicited from him.  All statements herein

are based on information and belief, unless otherwise indicated.

    2.  Mr. Carr is charged by indictment with one count of

illegal possession of a firearm, one count of possession of

marijuana with intent to distribute and one count of possession

of a firearm in furtherance of drug trafficking.

    3.  On August 9, 2007, law enforcement officers from the

United States Marshals Service and ICE executed a search warrant

at 15 West 139th Street.  Mr. Carr was present during the search.

After finding drugs in the apartment and two firearms outside of

the apartment, Mr. Carr was placed under arrest. See Complaint,

¶¶ 3-6, attached as Exhibit A.

4.  After being arrested, while in custody, Mr. Carr was questioned by law enforcement officers and made oral statements.

5.  Mr. Carr was not read his <u>Miranda</u> warnings prior to being questioned while under arrest.  <u>See</u> Affidavit of Cornell Carr, ¶4.

6.  All post-arrest statements made by Mr. Carr should therefore be suppressed because such statements were obtained in violation of Mr. Carr's Fifth and Sixth Amendment rights. <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966).

**WHEREFORE**, it is respectfully requested that the Court issue an ORDER suppressing all post-arrest statements obtained from Mr. Carr in violation of his constitutional rights; or in the alternative that the Court set a hearing on this motion pursuant to Federal Rules of Criminal Procedure 12 and 41.

Dated:  New York, New York
        December 6, 2007


_____
**JENNIFER L. BROWN, ESQ.**