```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,      :
                                          NOTICE OF MOTION
        - v. -                 :
                                          07 Cr. 769 (JGK)
CORNELL CARR,                  :

              Defendant.       :
------------------------------X
```

**PLEASE TAKE NOTICE** that upon the annexed affirmation of **Jennifer Brown**, **Esq.**, and the exhibits attached thereto, the defendant herein, **Cornell Carr**, will move before the **Honorable John G. Koeltl**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on a date to be determined, for an Order, granting disclosure of the cooperating witness pursuant to Rule 12(b)(3)(E) and such other relief as the Court may deem just and proper.

Dated:    New York, New York
          December 6, 2007

                              Respectfully submitted,
                              LEONARD F. JOY, ESQ.
                              Federal Defenders of New York

                          By: _____
                              **Jennifer Brown, Esq.**
                              Attorney for Defendant
                              **Cornell Carr**
                              52 Duane Street - 10th Floor
                              New York, New York 10007
                              Tel.:(212) 417-8722

TO:  MICHAEL J. GARCIA, ESQ.
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn: **Steve Kwok, ESQ.**
           Assistant United States Attorney