```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,          :    NOTICE OF MOTION

          v.                       :    07 Cr. 769 (JGK)

CORNELL CARR,                      :

                    Defendant.     :
-----------------------------------X
```

**PLEASE TAKE NOTICE**, that upon the annexed declaration of **JENNIFER L. BROWN, Esq.**, the undersigned will move this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, for an order granting severance of Count III from Counts I and II pursuant to Federal Rule of Criminal Procedure 14, and granting such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         December 7, 2007

                              Respectfully submitted,

                              **LEONARD F. JOY, ESQ.**
                              The Legal Aid Society
                              Federal Defender Division

                         By:  _____
                              **Jennifer L. Brown, ESQ.**
                              Attorney for Defendant
                                **Cornell Carr**
                              52 Duane Street, 10th Floor
                              New York, New York 10007
                              Tel.: (212) 417-8722

TO:  **Michael Garcia, ESQ.**
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn: **Steve Kwok, ESQ.**
     Assistant United States Attorney