UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        - against -

CORNELL CARR,

        Defendant.

---

07 Cr. 769 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant's motion for disclosure of the cooperating witness and other relief is **denied without prejudice as moot**.

SO ORDERED.

Dated: New York, New York
      January 16, 2008

                            John G. Koeltl
                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008